**So Ordered.**



_Frederick P. Corbit_
**Frederick P. Corbit**
**Bankruptcy Judge**

**Dated: January 9th, 2014**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC Case No. CV-12-4-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-FPC11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80119-FPC11 |
| Plaintiff, | REPORT AND RECOMMENDATION RE: ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS DAVID AND SHELLY ARMSTRONG |
| vs. | |
| DAVID ARMSTRONG and SHELLY ARMSTRONG, | |
| Defendants. | |

The Honorable Frederick P. Corbit, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding the plaintiff's Motion for Partial Summary Judgment (ECF No. 73) filed with the bankruptcy court in this adversary proceeding.

REPORT AND RECOMMENDATION RE: ORDER . . . ~ Page 1

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Withdrawing the Reference and Referring Back to Bankruptcy Court for Further Proceedings (ECF No. 15) entered on April 25, 2012 in District Court Case No. CV-12-4-RMP.

On July 25, 2013, the plaintiff filed and served a Motion for Partial Summary Judgment (ECF No. 73) directed at fixing amounts the defendants invested in the debtor and the amounts the defendants received from the debtor. The defendants failed to respond to the motion.

A hearing was held on the plaintiff's Motion for Partial Summary Judgment on August 15, 2013 and the defendants failed to appear. The court granted the plaintiff's motion and a copy of said order is attached to this Report and Recommendation.

## **Recommendation**

The District Court should grant the plaintiff's Motion for Partial Summary Judgment as the defendants failed to file any response to the motion or appear at the scheduled hearing.

///END OF REPORT AND RECOMMENDATION///

**So Ordered.**



Patricia C. Williams
Bankruptcy Judge

**Dated: September 30th, 2013**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC, *et al.*,[1]<br><br>Debtor. | Bankruptcy No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>Plaintiff,<br>v.<br><br>DAVID ARMSTRONG AND SHELLY ARMSTRONG,<br><br>Defendant. | Adversary No. 11-80119-PCW11<br><br>ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS DAVID AND SHELLY ARMSTRONG RE: AMOUNTS PAID |

This matter came before the Court on August 15, 2013 for a status conference on Plaintiff's Motion for Summary Judgment as required by LBR 7056-1(c). The Defendants did not appear at the status conference and did not file

---

[1] Please refer to the Substantive Consolidation Order (Docket No. 771) for a listing of the consolidated debtor-entities.

ORDER GRANTING MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

{S0783929; 1 }   422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265



any opposition to the Plaintiff's Motion for Partial Summary Judgment. Having reviewed the documents and pleadings in support of the Motion for Partial Summary Judgment, there being no opposition to the Motion for Partial Summary Judgment, no appearance by the Defendants at the status conference, and being duly advised in the premises,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Partial Summary Judgment is granted.

IT IS FURTHER ORDERED that the Plaintiff is entitled to Judgment against the Defendants for an amount of no less than the Defendants' total net profits in the amount of $200,442.56, representing the difference between the Defendants' receipt of $495,442.56 in payments from the Debtor and investment of $295,000.00 in the Debtor's operations, plus post-judgment interest at the rate of 0.13 percent per annum. The Plaintiff reserves the right to obtain a Judgment for the total amount of payments received by the Defendants, totaling $495,442.56, subject to a trial on the issue of whether the Defendants invested in good faith.

// End of Order//

Presented by:

WITHERSPOON • KELLEY

 /s/ *Michael J. Kapaun*
Michael J. Kapaun, WSBA No. 36864
Attorneys for Plaintiff

ORDER GRANTING MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2

WITHERSPOON • KELLEY
Attorneys & Counselors

{S0783929; 1 }                         422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
                                       Spokane, Washington 99201-0300    Fax: 509.458.2728